**Opinion issued February 28, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00702-CV

_____

**BESTWAY OILFIELD, INC., Appellant**

**V.**

**FORTUNE GLOBAL SHIPPING & LOGISTICS USA, INC., Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-57521**

---

## MEMORANDUM OPINION

Appellant, Bestway Oilfield, Inc., filed a notice of appeal from the trial court's

August 29, 2022 final judgment. On February 15, 2023, appellant and appellee,

Fortune Global Shipping & Logistics USA, Inc., filed a "Joint Motion to Dismiss

Appeal." In the motion, the parties represented that they had "settled their dispute,"

and "wish[ed] to dismiss this appeal."  The parties therefore requested that the Court "dismiss [a]ppellant's appeal."  *See* TEX. R. APP. P. 42.1(a)(2).

No other party has filed a notice of appeal, and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(2), (c).

Accordingly, we grant the parties' motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(2), 43.2.  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.